814 A.2d 1042

PATRICIA MCQUEEN, PLAINTIFF–RESPONDENT,
v. JAMES BROWN AND STEVEN COOK,
DEFENDANTS–APPELLANTS.

Argued September 10, 2002—Decided October 10, 2002.

*Kenneth M. Goldman* argued the cause for appellants (*Douglas E. Gershuny,* Executive Director, *Cape Atlantic Legal Services, Inc.,* attorney).

*William A. Thompson, III,* argued the cause for respondent (*Callaghan Thompson & Thompson,* attorneys).

*Melville D. Miller, Jr.,* President, submitted a brief on behalf of amicus curiae, *Legal Services of New Jersey* (*Mr. Miller,* attorney; *Mr. Miller and Joseph Harris Davis,* on the brief).

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in Judge Eichen's opinion of the Appellate Division, reported at 342 *N.J.Super.* 120, 775 *A.2d* 748 (2001).

*For affirmance*—Chief Justice PORITZ and Justices COLEMAN, LONG, VERNIERO, LaVECCHIA, ZAZZALI and Judge PRESSLER (temporarily assigned)—7.

*Opposed*—None.